# Court of Appeals
# of the State of Georgia

ATLANTA, __August 13, 2014__

*The Court of Appeals hereby passes the following order:*

## A14A1933. SMITH v. AGGEORGIA FARM CREDIT, ACA.

This appeal was docketed on June 18, 2014. Pursuant to Court of Appeals Rule 23 (a), Appellant's brief was due within 20 days after the appeal was docketed. To date, Appellant has failed to file a brief or enumeration of errors. Accordingly, this appeal is hereby **DISMISSED**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] See Court of Appeals Rule 23 (a) ("Appellant's brief, which shall contain as Part 2 an enumeration of errors, shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt."); Court of Appeals Rule 7 ("Breach of any rule of the Court of Appeals or failure to comply with an order of this Court subjects the offending party and/or attorney to contempt and may subject the appeal to dismissal. . . .").